Terra Vista Corp Agent for,
Westwood Plaza Apartments
Plantiff

Cause NO. 2015 CV06401

04-15-744-CV
ARM

In the County Court
At Law. No. Three
Bexar County Texas

✓

Kendale Lee
And All Occupants,
Defendants

2015 NOV 20 AM 9:10
FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO

I Kendale Lee is filing an Appeal for the Judgement in County Court 3 on November 20, 2015 by Judge Walden & Sheton.

Kendale Lee
Kendale Lee

2501 Westward dr. Apt. 903
San Antonio, Texas 78227

2015 NOV 24 AM 10:30
FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
KEITH E. HOTTLE
KEITH E. HOTTLE, CLERK